### In re UNITED STATES RESTAURANT & REALTY CO.
#### Appeal of MURRAY.

(Supreme Court, Appellate Division, First Department. June 24, 1910.)

Appeal from Special Term, New York County.

In the matter of the assignment of the United States Restaurant & Realty Company to Anton H. Meyer. From an order overruling objections to questions propounded to John L. Murray, as a witness, and directing him to produce certain books, etc., he appeals; the Hunter & Trim Company being the respondent. Affirmed.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, SCOTT, and MILLER, JJ.

Norbert Heinsheimer, for appellant.

William C. Rosenberg, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

INGRAHAM, P. J. I dissent, upon the ground that this examination is not connected with any of the provisions of article 2 of the debtor and creditor law (Consol. Laws, c. 12), and that to justify an examination under section 22 of that article it is necessary that the object of the proceeding should be to carry into effect some provision of the article. See Matter of Holbrook, 99 N. Y. 540, 2 N. E. 887.